**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JANELYS HERNANDEZ, on behalf of herself   Case No.1:23-cv-03541-DEH-SLC
and all others similarly situated,

                Plaintiff   **NOTICE OF VOLUNTARY**
                   **DISMISSAL WITH PREJUDICE**

      -against-

VIDA SHOES INTERNATIONAL, INC.
                Defendant.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
        January 12, 2024

                                      Respectfully Submitted,

                                      */s/ Noor A. Saab, Esq.*
                                      By: Noor A. Saab Esq.
                                      *Attorney for Plaintiff*
                                      **The Law Office of Noor A. Saab, Esq.**
                                      380 North Broadway, Penthouse West
                                      Jericho, New York 11753
                                      Tel: 718-740-5060
                                      Email: noorasaablaw@gmail.com