UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JANELYS HERNANDEZ, on behalf of herself             Case No.1:23-cv-03541-DEH-SLC
and all others similarly situated,
                        Plaintiff             **NOTICE OF VOLUNTARY**
                                                     **DISMISSAL WITH PREJUDICE**

              -against-

VIDA SHOES INTERNATIONAL, INC.
                                Defendant.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
           January 12, 2024

                                                        Respectfully Submitted,

                                                        */s/ Noor A. Saab, Esq.*
                                                        By: Noor A. Saab Esq.
                                                        *Attorney for Plaintiff*
SO ORDERED.                                  **The Law Office of Noor A. Saab, Esq.**
                                                        380 North Broadway, Penthouse West
                                                        Jericho, New York 11753
                                                        Tel: 718-740-5060
                                                       Email: noorasaablaw@gmail.com

Dale E. Ho
United States District Judge
Dated: January 16, 2024
New York, New York

1